**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 2:19-cv-00025-JRG<br><br>Hon. Rodney Gilstrap<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to the Court's Order of April 10, 2019 (D.I. 25) and the order granting an extension of time to June 20, 2019 (D.I. 45), Plaintiff Rembrandt Wireless Technologies, LP ("Rembrandt" or "Plaintiff") and Defendant Apple, Inc. ("Apple" or "Defendant") hereby jointly submit this motion seeking entry of the Agreed Protective Order, attached as Exhibit A. The parties jointly request that the Court enter the Agreed Protective Order.

| | |
|---|---|
| Dated:  June 20, 2019 | Respectfully submitted, |

*/s/ Kyril Talanov*

Michael F. Heim (Texas Bar No. 09380923)
mheim@hpcllp.com
Eric Enger (Texas Bar No. 24045833)
eenger@hpcllp.com
Christopher First (Texas Bar No. 24095112)
cfirst@hpcllp.com
Blaine Larson (Texas Bar No. 24083360)
blarson@hpcllp.com
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby St., Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Demetrios Anaipakos (Texas Bar No. 00793258)
danaipakos@azalaw.com
Amir Alavi (Texas Bar No. 00793239)
aalavi@azalaw.com
Louis Liao (Texas Bar No. 24109471)
lliao@azalaw.com
Alisa Lipski (Texas Bar No. 24041345)
alipski@azalaw.com
Kyril Talanov (Texas Bar No. 24075139)
ktalanov@azalaw.com
**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.**
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

Andrea Leigh Fair
andrea@wsfirm.com
Claire Abernathy Henry
claire@wsfirm.com
T. John Ward, Jr.
Texas Bar No. 00794818
jw@wsfirm.com
**WARD & SMITH LAW FIRM**
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF REMBRANDT WIRELESS TECHNOLOGIES, LP**

*/s/ Melissa R. Smith*
Melissa R. Smith
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

James R. Batchelder
(CA Bar No. 136347)
(Eastern District of Texas Member)
Mark D. Rowland
(CA Bar No. 157862)
(Eastern District of Texas Member)
Gabrielle E. Higgins
(CA Bar No. 163179)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
James.Batchelder@ropesgray.com
Mark.Rowland@ropesgray.com
Gabrielle.Higgins@ropesgray.com

Josef B. Schenker
(NY Bar No. 4935185)
(Eastern District of Texas Member)
Jolene L. Wang
(NY Bar No. 5462619)
(Eastern District of Texas Member)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Josef.Schenker@ropesgray.com
Jolene.Wang@ropesgray.com

**COUNSEL FOR DEFENDANT APPLE INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on June 20, 2019.  As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

                                             */s/ Kyril Talanov*
                                             Kyril Talanov