# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **REMBRANDT WIRELESS TECHNOLOGIES, LP,** | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CIVIL ACTION NO. 2:19-CV-00025-JRG** |
| **APPLE INC.,** | § § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss (the "Motion"). (Dkt. No. 181.) In the Motion, the parties announce that they have resolved all claims for relief asserted in this case, and request the Court to dismiss all claims pending in the above-captioned case, with all attorneys' fees, costs, and expenses to be borne by the party incurring the same. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the above-captioned case is hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear its own costs, expenses, and fees.

So ORDERED and SIGNED this 26th day of March, 2020.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE